☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No. **1:12-cr-144**  USA v. **Terry Michael Honeycutt**

PRESENT: Honorable **Harry S. Mattice, Jr.**  ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

| Jay Woods | Chris Townley | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| **Stefanie Capetz** | **Shannan Andrews** | |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

PROCEEDINGS: ☐ DEFENDANT(S) SWORN   ☑ DEFENDANT PRESENT

Court will reserve ruling on Court Documents Nos. 11 and 25.  Court has denied Court Document No. 10.
Court has also denied Court Document No. 9.  Reasons for Court's ruling are reflected in transcript.
Court has ordered parties to notify Judge Mattice's chambers regarding scheduling jury trial.

TESTIMONY BY: _____

TRIAL SET: _____

Deft ☐ remanded to custody of U.S. Marshal   ☐ remained in custody   ☑ remained on bond

Time: **9:00** to **9:45**     Date: **5/13/2013**

REV 11/12